IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUDITH WILSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHECKERS DRIVE-IN RESTAURANTS, INC. | : | NO. 12-5365 |
| | : | |

**ORDER**

**AND NOW,** this 22nd day of May, 2013, upon consideration of Defendant Checkers Drive-In Restaurants, Inc.'s Motion for Summary Judgment (Docket No. 30), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Leave to File a Reply Brief (Docket No. 33) is **GRANTED.**

2. Defendant's Motion for Summary Judgment is **DENIED.**

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.